**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**COMMODITY FUTURES TRADING**
**COMMISSION,**

                **Plaintiff,**

-vs-                                            Case No.  8:07-cv-1658-T-26MAP

**EDWARD J. EVORS, BALLY LINES, LTD.,**
**and GPS FUND, LTD.,**

                **Defendants.**
_____/

**ENTRY OF DEFAULT**

      Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **Bally Lines, Ltd.**

in Tampa, Florida on this 8th day of July, 2008.

                                                  SHERYL L. LOESCH, CLERK


                                        **s:/**    <u>M. Hamner</u>
                                        By:    M. Hamner, Deputy Clerk


Copies furnished to:

Counsel of Record